IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. |
| § | (JURY REQUESTED) |
| § | |
| DONNA INDEPENDENT SCHOOL DISTRICT § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Donna Independent School District (hereinafter Defendant or Donna ISD), Defendant in the above styled and numbered matter, and files this its Notice of Removal of the present cause from the 398th Judicial District Court of Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, McAllen Division, and would respectfully show unto the Court as follows:

1. This cause was commenced on June 14, 2019, in the 398th Judicial District Court of Hidalgo County, Texas with the style Francisco Rodriguez vs. Donna ISD and Claudia Guerrero, Cause Number C-2636-19-I. On August 5, 2019 the Court issued an Order non-suiting Defendant Claudia Guerrero. The only remaining Defendant is Donna ISD. True and correct copies of Plaintiff's Original Petition in that cause, the citation with return service on Donna ISD, and the certified docket sheet are attached hereto as Exhibits A, B and C. In Plaintiff's Original Petition itself, he alleges: (1) age discrimination under Texas Labor Code section 21.051 (See Exhibit A paragraph 25) and (2) retaliation in violation of the Texas Labor Code (See Exhibit A paragraph 36). Plaintiff sought all damages allowed under the Texas Labor Code (See Exhibit A paragraph 43). Because Plaintiff's causes of action in his Original Petition

clearly articulated only state law causes of action under the Texas Labor Code, Defendant filed an answer on June 27, 2019 without seeking removal to Federal Court. (See Exhibit D). Defendant had no notice of any claims triggering federal jurisdiction at that time.

2. On January 8, 2020 Defendant filed a Plea to the Jurisdiction arguing among other things that Plaintiff failed to file his complaint with the Texas Workforce Commission within the limitations period of 180 days as set forth in Texas Labor Code section 21.202. (See Exhibit E). Defendant argued that pursuant to Prairie View A & M University v. Chatha, 381 S.W.3d 500, 513 (Tex. 2012), Plaintiff's Texas Labor Code causes of action were jurisdictionally barred due to Plaintiff failing to establish a waiver of Defendant's sovereign immunity.

3. On January 24, 2020 Plaintiff filed his response to Defendant's Plea to the Jurisdiction. Plaintiff's response did not reference the Texas Labor Code causes of action but instead articulated that he is pursuing causes of action under Federal Law, specifically a Title VII claim and an ADEA claim. Plaintiff's Response to Defendant's Plea to the Jurisdiction is attached hereto as Exhibit F and contains the references to these two federal statutes for the first time in the course of the underlying litigation.

4. The above causes of action referenced by Plaintiff (ADEA and Title VII) are ones in which this Court has original subject matter jurisdiction under the provisions of 28 U.S.C. §§ 1331 inasmuch as those actions would arise under the laws of the United States. Based upon Plaintiff's references to the federal causes of action for the first time in Plaintiff's Response to Defendant's Plea to the Jurisdiction, Defendant contends that removal is proper pursuant to 28 USCA § 1441(a) and 1446(b)(3). Pursuant to the above authorities, Defendant seeks removal of this lawsuit to Federal Court.

5.      Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendant to Plaintiff and his counsel have been provided. Copies of all documents required to be attached to this Notice of Removal under the local rules of the Southern District of Texas have been filed with the court and are attached hereto. A copy of this Notice of Removal is also being filed with the Clerk of the State Court for which this cause was originally filed.

6.      This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b)(3) in that it is filed within thirty (30) days of the date of service of Plaintiff's Response To Defendant's Plea to the Jurisdiction where for the first time Plaintiff references federal causes of action.

WHEREFORE, PREMISES CONSIDERED, Defendant Donna Independent School District prays for removal of the above entitled cause of action from the 398th Judicial District Court of Hidalgo County, Texas to this Court and seeks all other relief to which it may show itself to be justly entitled to.

Signed on January 31, 2020.

Respectfully submitted,

**ESPARZA & GARZA, L.L.P.**
964 E. Los Ebanos Blvd.
Brownsville, Texas 78520
Telephone: (956) 547-7775
Facsimile: (956) 547-7773

By: /s/ Eduardo G Garza
    Eduardo G Garza
    State Bar No.  00796609
    USDC ADM. No. 20916
    Roman "Dino" Esparza
    State Bar No.  00795337
    USDC ADM. No. 22703
    Attorneys for Defendant
    Donna Independent School District

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on each party to this action by Defendant's submission of this document to the U.S. District Court electronically to the DCECF system:

Fabian Guerrero
THE LAW OFFICE OF FABIAN GUERRERO
3900 West Expressway 83
McAllen, Texas 78501

                                            /s/ Eduardo G Garza
                                               Eduardo G Garza