Case 7:20-cv-00030   Document 11   Filed on 06/09/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ, § § Plaintiff, § VS. § § DONNA INDEPENDENT SCHOOL § DISTRICT, § § Defendant. § | CIVIL ACTION NO. 7:20-cv-00030 |

## **FINAL JUDGMENT**

Having previously granted summary judgment in the above-captioned case,[1] the Court hereby renders final judgment in accordance with Federal Rule of Civil Procedure 54 in favor of Defendant Donna Independent School District. The Court **GRANTS** summary judgment in full in favor of Defendant and **ORDERS** that Plaintiff take nothing. Each party is to bear its own costs. Any relief not expressly granted in this final judgment is hereby **DENIED**. This is a final judgment for which execution may issue as allowed by law.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of June 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 10.